NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VIRGINIA WEBER and GARY FLAVELL,  )
                                             )
         Appellants,             )
v.                                   )      Case No. 2D18-3187
                                             )
TANYA HARTMAN,            )
                                             )
         Appellee.              )
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court Charlotte
County; Lisa S. Porter, Judge.

Ezequiel Lugo of Banker Lopez Gassler,
P.A. of Tampa, for Appellants.

Julie H. Littky-Rubin, of Clark, Fountain, La
Vista, Prather & Littky-Rubin, LLP of West
Palm Beach for Appellee.

James D. Gordon, III, of Frohlich, Gordon &
Beason Law Firm, of Port Charlotte for
Appellee

PER CURIAM.

        Affirmed.

BLACK, LUCAS, and SMITH, JJ., Concur.